STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
SHERI GUERAMI (State Bar No. 265231)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile:  310.556.5959
Email:      *lacalendar@stroock.com*

Attorneys for Defendant
  GOLDMAN SACHS BANK USA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA ROTKIN, | Case No. 2:22-cv-01170-MCE-JDP |
| Plaintiff, | [Assigned to Hon. Morrison C. England, Jr.] |
| v. | |
| GOLDMAN SACHS BANK USA, | **STIPULATION AND ORDER TO ARBITRATE AND STAY ACTION** |
| Defendant. | |
| | Action Filed: July 6, 2022 |

1  Plaintiff Tatyana Rotkin ("Plaintiff") and defendant Goldman Sachs Bank USA ("GS Bank" and together, with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate to stay this action against GS Bank, and to submit all claims against GS Bank to binding individual arbitration before JAMS, pursuant to the terms of the arbitration provision contained in the operative GS Bank Cardmember Agreement governing Plaintiff's account with GS Bank.  Plaintiff takes no position as to the validity of the arbitration provision contained in the operative GS Bank Cardmember Agreement, and is agreeing to submit the claims to arbitration in an effort to avoid incurring additional fees and costs.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and GS Bank, through their respective counsel of record, that: (1) Plaintiff shall submit her claims against GS Bank in this action to arbitration before JAMS, pursuant to the arbitration agreement between Plaintiff and GS Bank; and (2) all proceedings in this matter are stayed pending completion of arbitration.

**IT IS SO STIPULATED.**

Dated:  August 30, 2022

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
SHERI GUERAMI

By: _____*/s/ Sheri Guerami*_____
　　　　　Sheri Guerami

Attorneys for Defendant
GOLDMAN SACHS BANK USA

STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, 18TH FLOOR
LOS ANGELES, CA 90067-3086

Dated: August 30, 2022  PRICE LAW GROUP, APC
YOUSSEF H. HAMMOUD

By: */s/ Youssef H. Hammoud*
 Youssef H. Hammoud

Attorneys for Plaintiff
TATYANA ROTKIN

**ORDER**

Pursuant to the stipulation of the parties, (1) Plaintiff shall submit her claims against GS Bank in this action to arbitration before JAMS, pursuant to the arbitration agreement between Plaintiff and GS Bank; and (2) all proceedings in this matter are stayed pending completion of arbitration. Not later than sixty (60) days following the date this Order is electronically filed, and every sixty (60) days thereafter until the stay is lifted, the parties shall file with the Court a Joint Status Report advising as to the status of their arbitration.

IT IS SO ORDERED.

Dated: September 9, 2022

 MORRISON C. ENGLAND, JR
 SENIOR UNITED STATES DISTRICT JUDGE

LA 52693054

CASE NO. 2:22-cv-01170-MCE-JDP