Youssef H. Hammoud (SBN: 321934)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5596
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Tatyana Rotkin*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA ROTKIN,<br><br>           Plaintiff,<br>v.<br><br>GOLDMAN SACHS BANK USA,<br><br>           Defendant. | **Case No.** 2:22-cv-01170-MCE-JDP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Tatyana Rotkin and Defendant Goldman Sachs Bank USA ("Goldman Sachs"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice. There are no remaining defendants in this matter.

**IT IS SO STIPULATED.**

Date: January 27, 2023          PRICE LAW GROUP, APC
                                YOUSSEF H. HAMMOUD

                                By: */s/          Youssef Hammoud*
                                Youssef H. Hammoud

                                Attorneys for Plaintiff,
                                     TATYANA ROTKIN

Date: January 27, 2023

STROOCK & STROOCK & LAVAN LLP
SHERI GUERAMI
ARJUN P. RAO


By: */s/Sheri Guerami*

Attorneys for Defendant
    GOLDMAN SACHS BANK USA

    IT IS SO ORDERED.

DATED:  January 31, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE